■ In the Matter of DAVID E. FRETZ, for Reinstatement to the Practice of Law in the State of New York. [24 NYS3d 574]— Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley and Scudder, JJ. (Filed Feb. 10, 2016.)